CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:07-cv-00163-WSS

# Internal Use Only

Witt v. Davol, Inc. et al
Assigned to: Honorable Walter S. Smith
Demand: $75,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/22/2007
Date Terminated: 08/13/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert Witt** represented by **Terry Bryant**
West Memorial Office Park
8584 Katy Freeway - Suite 100
Houston, TX 77024
(713) 973-8888
Fax: (713) 973-1188
Email: terry@terrybryant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D. Mitchell McFarland**
Harrison, Bettis, Staff, McFarland & Weems, LLP
500 Dallas Street
Suite 2600
Houston, TX 77002
(713) 843-7900

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
By: ______ Deputy

Fax: (713) 843-7901
Email:
mitchell.mcfarland@harrisonbettis.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005
(202)898-5800
Fax: 202/862-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard. Inc.** represented by **D. Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2007 | 1 | COMPLAINT, filed by Robert Witt.(sm3, ) (Entered: 05/22/2007) |
| 05/22/2007 | 2 | Summons Issued as to Davol, Inc., C.R. Bard. Inc. (sm3, ) (Entered: 05/22/2007) |
| 05/22/2007 | 3 | Filing fee received in the amount of $350, receipt number 409263 (sm3, ) (Entered: 05/23/2007) |

| | | |
|---|---|---|
| 06/01/2007 | 4 | CONSENT/NON-CONSENT to Trial by US Magistrate Judge by Robert Witt Received. (Document is sealed pursuant to the Electronic Filing Procedures for the Western District of Texas). (sm3, ) (Entered: 06/01/2007) |
| 06/04/2007 | 5 | NOTICE of Tag-Along Action. There are multi-district litigation cases involving Davol, Inc., and C.R. Bard. Inc. proceeding in the District of Rhode Island. (sm3, ) (Entered: 06/05/2007) |
| 06/12/2007 | 6 | NOTICE of Tag-Along Action by Movant Montiel (as, ) (Entered: 06/13/2007) |
| 06/25/2007 | 7 | Movant Montiel's Eighth Notice of Tag-Along Action. (sm3, ) (Entered: 06/26/2007) |
| 07/16/2007 | 8 | MOTION to Dismiss *Counts VIII and IX of Plaintiff's Complaint* by Davol, Inc., C.R. Bard. Inc.. (Attachments: # 1 Proposed Order)(McFarland, D.) (Entered: 07/16/2007) |
| 07/16/2007 | 9 | SUMMONS Returned Executed by Robert Witt. C.R. Bard. Inc. served on 6/25/2007, answer due 7/16/2007. (sm3, ) (Entered: 07/16/2007) |
| 07/16/2007 | 10 | ANSWER and Affirmative Defenses to Complaint with Jury Demand, by Davol, Inc., C.R. Bard. Inc.. (sm3, ) (Entered: 07/17/2007) |
| 07/23/2007 | 11 | Unopposed MOTION to Stay *of Proceedings pending Transfer to Federal MDL* by Davol, Inc., C.R. Bard. Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order)(McFarland, D.) (Entered: 07/23/2007) |
| 08/10/2007 | 12 | MDL ORDER No. 1842 requesting case be transferred to District Court of Rhode Island (Case No. 07-1880) assigned to Honorable Mary M. Lisi. Signed by Jeffrey N. Luthi, Clerk of the Panel. (sm3, ) (Entered: 08/13/2007) |

| | | |
|---|---|---|
| 08/13/2007 | 13 | (Court only) MDL Case transferred to District of Rhode Island per MDL #1842, assigned to the Honorable Mary M. Lisi (Case No. 07-1880); ***Civil Case Terminated. (sm3, ) Additional attachment(s) added on 8/13/2007 (sm3, ). (Entered: 08/13/2007) |